UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br><br>Roman Catholic Church of the Archdiocese of Santa Fe, a New Mexico corporation sole,<br><br>Debtor-in-Possession.<br><br>Official Committee of Unsecured Creditors,<br><br>Plaintiff,<br><br>v.<br><br>The Roman Catholic Church of the Archdiocese of Santa Fe, St. Patrick - St. Joseph, Holy Cross, Sacred Heart - Espanola, Sacred Heart – Albuquerque, Holy Family – Chimayo, Our Lady of Guadalupe – Clovis, St. Thomas Apostle, St. Patrick - Chama, La Santisima Trinidad, St. Anthony - Questa,<br><br>Defendants | Chapter 11<br><br>Bankruptcy Case No. 18-13027-t11<br><br>Adv. Proc. No. 20-ap-01059 |

## REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN that counsel listed below hereby requests notices in the above-referenced proceeding as counsel for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe:

Robert M. Charles, Jr.
Lewis Roca Rothgerber Christie LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
RCharles@lrrc.com

The above-listed counsel formally requests that all notices and copies of any and all filings and/or notices of hearing in the above-captioned proceeding be sent at the address set forth above; that

1

this request shall remain a continuing request and demand for notices to be provided to the above-listed counsel.

DATED: November 3, 2020                    LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: s/ Robert M. Charles, Jr.
    Robert M. Charles, Jr.
*Attorneys for Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe*
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Tel: 520.629.4427
Fax: 520.622.3088
E-mail:rcharles@lrrc.com

2
112685574.1
Case 20-01059-t    Doc 6    Filed 11/03/20    Entered 11/03/20 12:27:09 Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that, on November 3, 2020, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

s/ filed electronically
Renee L. Creswell